IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 17 C 306 |
| PLAINFIELD CONCRETE, INC., a dissolved Illinois corporation, | ) ) ) ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PLAINFIELD CONCRETE, INC., a dissolved Illinois corporation, in the total amount of $5,000.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,636.50.

On February 13, 2017, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 6, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>3rd</u> day of <u>May 2017</u>:

        Mr. Gregory T. Ross, Registered Agent
        Plainfield Concrete, Inc.
        1426 E. Hintz Road
        Arlington Heights, IL   60004


                /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Plainfield Concrete\#27263\motion for entry of default and judgment.cmc.df.wpd